Administrative Order No. 2006-01 requires that all papers shall be filed electronically unless the Court has specifically granted an exemption. Papers filed electronically must have an electronic signature. See Administrative Procedures for Electronic Case Filing 9(a) ("The name of the ECF [Electronic Case Filing] user under whose login and password the document is submitted must be preceded by a '/s/' and typed in the space where the signature would otherwise appear.") Thus, your electronic signature is:

/s/ Jeffrey W. Kasle