**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **JOSEPH R. BALDINO,** | : | |
| **Plaintiff** | : | |
| | : | |
| **v.** | : | **C.A. No. 07-398ML** |
| | : | |
| **TOURTELLOT & CO., INC.,** | : | |
| **Defendants** | : | |

**PLAINTIFF'S RULE 16 CONFERENCE STATEMENT**

## I. Introduction

Now comes the Plaintiff and hereby submits the within Rule 16 Statement as required pursuant to this Court's Pretrial Conference Notice dated December 28, 2007. The Plaintiff reserves the right to modify, amend and/or augment the within statement at any time during the course of these proceedings.

## II. Facts of Case

In 2005, the Plaintiff was hired by Defendant Tourtellot & Co., Inc. ("Tourtellot") as an order selector. Thereafter, in October, 2006, the Plaintiff's wife began suffering from a serious illness. As a result, between October, 2006 through January, 2007, the Plaintiff missed time from work to care for his wife. During all relevant time periods, the Defendant was aware that the Plaintiff was absent from work to provide care for his spouse. During all relevant time periods, the Plaintiff was eligible for and entitled to a medical leave of absence pursuant to the Family and Medical Leave Act, 29 U.S.C. §2601, *et seq*. ("FMLA") and the Rhode Island Parental and Family Medical Leave Act, R.I.G.L. §28-48-1, *et seq*. ("RIPFMLA"). The Defendant failed and/or refused to offer the Plaintiff a medical leave pursuant to the FMLA and/or the RIPFMLA. On or about January 6, 2007, Defendant terminated Plaintiff's employment position at Tourtellot on account of excessive absences from work.

## III. Legal Issues

A. Whether the Plaintiff was entitled to a medical leave of absence pursuant to the FMLA and/or the RIPFMLA?

B. Whether Defendant Tourtellot's refusal and/or failure to offer the Plaintiff a leave of absence pursuant to the FMLA and/or the RIPFMLA violated the FMLA and/or the RIPFMLA?

C. Whether the Plaintiff's termination was, in whole or in part, in violation of the FMLA and/or the RIPFMLA?

D. Whether the Plaintiff sustained damages as a result of the Defendant's violation of the FMLA and/or the RIPFMLA?

Plaintiff,
By his Attorneys,
Sinapi, Formisano & Co., Ltd.,

s/ V. Edward Formisano
V. Edward Formisano (#5512)
Sinapi, Formisano & Co., Ltd.
100 Midway Place, Suite 1
Cranston, RI 02920-5707
(401)944-9690 (401)943-9040 (facsimile)

## CERTIFICATION

I hereby certify that the within document has been electronically filed with the Court on this 8th day of January, 2008 and is available for viewing and downloading from the ECF system.

/s/ V. Edward Formisano