**UNITED STATEMENT DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**JOSEPH R. BALDINO**

**v.** **C.A. NO.: 07-398ML**

**TOURTELLOT & CO., INC.**

## ENTRY OF APPEARANCE

Mark T. Nugent, Esquire, and Thomas M. Robinson, Esquire, hereby enter their appearance on behalf of defendant Tourtellot & Co., Inc., in the above-entitled matter.

/s/ Mark T. Nugent
/s/ Thomas M. Robinson

Mark T. Nugent #2637
Thomas M. Robinson #6193
Morrison Mahoney LLP
10 Weybosset Street, Suite 900
Providence, RI 02903

## CERTIFICATION OF SERVICE

I hereby certify that on this 20th day of December, 2007, a true copy was mailed, postage prepaid, to the following:

V. Edward Formisano, Esquire
Sinapi, Formisano & Co., Ltd.
100 Midway Place, Suite One
Cranston, RI 02920

/s/Mark T. Nugent