**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **JOSEPH R. BALDINO** | : | |
| **Plaintiff** | : | |
| | : | |
| **V.** | : | **C.A. No. 07-398ML** |
| | : | |
| | : | |
| **TOURTELLOT & CO., INC.** | : | |
| **Defendant** | : | |

**WITHDRAWAL OF APPEARANCE**

Jeffrey W. Kasle, Esquire, and the law firm St. Peter & Kasle, Four Richmond Square, Providence, Rhode Island 02906 hereby withdraw his/its appearance on behalf of the Defendant Tourtellot in the above captioned matter.

/s/ Jeffrey W. Kasle
JEFFREY W. KASLE, ESQ. (#2695)
St. Peter & Kasle Incorporated
Four Richmond Square
Providence, Rhode Island 02906

**CERTIFICATION**

I hereby certify that a true copy of the within was mailed to V. Edward Formisano, Esq., Sinapi, Formisano & Company, Ltd., 100 Midway Place, Suite 1, Cranston, Rhode Island 02920 and Mark Nugent, Esq., Morrison & Mahoney, 10 Weybosset Street, 9th Floor, Providence, Rhode Island 02903 on this 19th day of January, 2007.

S/Jeffrey W. Kasle