1002-9301 **UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND**

~~STATE OF RHODE ISLAND~~ ~~SUPERIOR COURT~~
~~PROVIDENCE, SC~~

JOSEPH R. BALDINO :
*Plaintiff* :
:
vs. : C.A. No.: 07-398ML
:
TOURTELLOT & CO., INC. :
*Defendant* :

## ENTRY OF APPEARANCE

Now comes Amy A. Parker (#5906) and hereby enters her appearance on behalf of the defendant, Tourtellot & Co., Inc., in the above-entitled matter.

PETER LITVINENKO

By his Attorneys,

MORRISON MAHONEY LLP

Amy A. Parker (#5906)
10 Weybosset Street, Suite 900
Providence, RI 02903-7141
Tel: (401) 331-4660
Fax: (401) 351-4420

**CERTIFICATION**

I hereby certify that on this 13th day of February, 2008, a true copy of the foregoing was mailed, postage pre-paid, to:

V. Edward Formisano, Esq.
Sinapi, Formisano & Company, Ltd.
100 Midway Place
Suite 1
Cranston, RI 02920



648996v1