1002-9301

# UNITED STATE DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JOSEPH R. BALDINO<br>*Plaintiff* | : | |
| vs. | : | C.A. No.: 07-398ML |
| TOURTELLOT & CO., INC.<br>*Defendant* | : | |

## LATE ENTRY STIPULATION

Defendant, Tourtellot & Co., Inc, shall have until and including **May 30, 2008,** to respond to plaintiff's interrogatories and request for production of documents.

V. Edward Formisano
Sinapi Formisano & Company, ltd.
100 Midway Place, Suite 1
Cranston, RI 02920

Counsel for Plaintiff

Mark T. Nugent (#2637)
Amy A. Parker (#5906)
Morrison Mahoney LLP
10 Weybosset Street, Suite 900
Providence, RI 02903-7141

Counsel for Defendant

Dated: 5/13/08

653296v1

**CERTIFICATION**

I hereby certify that on this 14th day of May, 2008, a true copy of the foregoing was mailed, postage pre-paid, to:

V. Edward Formisano, Esq.
Sinapi, Formisano & Company, Ltd.
100 Midway Place
Suite 1
Cranston, RI 02920

Shelly J. Bedacke
______________________________