**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **JOSEPH R. BALDINO,** | : | |
| **Plaintiff** | : | |
| | : | |
| **v.** | : | **C.A. No. 07-398ML** |
| | : | |
| **TOURTELLOT & CO., INC.,** | : | |
| **Defendant** | : | |

**NOTICE TO TAKE DEPOSITION**

**DATE:** **September 22, 2008**

**TIME:** **2:30 p.m.**

**DEPONENT:** **Jamie Manville**

Pursuant to Federal Rule of Civil Procedure 30, please take notice that we will take the testimony on oral examination of the above named deponent at the time set forth above before a Notary Public of the State of Rhode Island and thereafter from day to day as the taking of the deposition may be adjourned at the office of Sinapi, Formisano & Co., Ltd., 100 Midway Place, Suite 1, Cranston, RI 02920, at which time and place you are notified to appear and take such part in the examination as you may be advised and as shall be fit and proper.

Plaintiff,
By his Attorneys,
**SINAPI, FORMISANO & COMPANY, LTD.**

/s/ V. Edward Formisano

Dated: September 3, 2008

V. Edward Formisano (#5512)
100 Midway Place, Suite 1
Cranston, RI 02920-5707
(401) 944-9690
(401) 943-9040 (facsimile)

**CERTIFICATION**

TO: Mark T. Nugent, Esq.
Morrison Mahoney LLP
10 Weybossett Street, Suite 900
Providence, RI 02903-7141

I hereby certify that the within document has been electronically filed with the Court on this 3rd day of September, 2008 and is available for viewing and downloading from the ECF system.

/s/ V. Edward Formisano